# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2017

153661(46)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

DONALD J. RHODA Guardian/Conservator of
TREVOR RHODA, and TAMMIE WALKER,
        Plaintiffs-Appellees,

v

SC: 153661
COA: 321363
Marquette CC: 13-051044-NI

PETER E. O'DOVERO, INC. d/b/a
MARQUETTE MOUNTAIN,
        Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's January 13, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2017



Clerk

d0327